**John W. Knottnerus**, OSB #892788
jknottnerus@mblglaw.com
**Stephen P. Yoshida**, OSB #044588
syoshida@mblglaw.com
MB LAW GROUP, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 914-2015

    Attorneys for Defendant Subaru of America, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| NICHOLE L. KONOLOFF and JASON EAVES,<br><br>                Plaintiffs,<br>   v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a Liberty Mutual Company; SUBARU OF AMERICA, INC.; and SUBARU CORPORATION f/k/a FUJI HEAVY INDUSTRIES, LTD.,<br><br>                Defendants. | Case No.  3:20-cv-01622-AC<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SUBARU OF AMERICA, INC.**  [Fed. R. Civ. P. 7.1] |

     Defendant, Subaru of America, Inc., pursuant to Fed. R. Civ. P. 7.1, files the following Corporate Disclosure Statement:

     1.    Subaru of America, Inc. is a wholly owned subsidiary of Subaru Corporation;

///

///

Page 1 –  CORPORATE DISCLOSURE STATEMENT OF
              DEFENDANT SUBARU OF AMERICA, INC.

MB LAW GROUP LLP
Attorneys at Law
117 SW Taylor, Suite 200
Portland, OR  97204
Telephone (503) 914-2015
Fax (503) 914-1725

2.    Subaru Corporation owns 100 percent of stock of Subaru of America, Inc.

DATED:  September 30, 2020.

        MB LAW GROUP, LLP

        By: s/ Stephen P. Yoshida
           John W. Knottnerus, OSB #892788
           jknottnerus@mblglaw.com
           Stephen P. Yoshida, OSB #044588
           syoshida@mblglaw.com
           117 SW Taylor Street, Suite 200
           Portland, OR  97204
           Phone:  503-382-4203
           Attorneys for Defendant Subaru of America, Inc.

Page 2 –  CORPORATE DISCLOSURE STATEMENT OF
           DEFENDANT SUBARU OF AMERICA, INC.

MB LAW GROUP LLP
Attorneys at Law
117 SW Taylor, Suite 200
Portland, OR  97204
Telephone (503) 914-2015
Fax (503) 914-1725